UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KYLE ENHOLM,

                  Plaintiff,

-v-

BALENCIAGA AMERICA, INC., et al.,

                  Defendants.

CIVIL ACTION NO. 25 Civ. 1828 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

This action has been referred, pursuant to 28 U.S.C. § 636(b)(1)(A), to Magistrate Judge Sarah L. Cave for general pretrial management, including scheduling, discovery, non-dispositive pretrial motions and settlement. (ECF No. 11). All pretrial motions and applications, including those relating to scheduling and discovery (but excluding motions to dismiss or for judgment on the pleadings, for injunctive relief, for summary judgment, or for class certification under Fed. R. Civ. P. 23) must be made to Magistrate Judge Cave and must comply with her Individual Practices, available on the Court's website at https://www.nysd.uscourts.gov/hon-sarah-l-cave.

This action has also been referred to mediation. (ECF No. 10). Pursuant to ECF No. 10, the parties must participate in a mediation session within 60 days of the filing of an Answer. (Id.) Defendants having filed the Answer on July 28, 2025 (ECF No. 7), the parties must participate in a mediation session by September 26, 2025. (Id.)

It is ORDERED that no later than **7 days after September 26, 2025, or 7 days after the mediation date, whichever is sooner**, the parties shall file a joint status letter setting forth the

1

status of settlement negotiations.

Dated: New York, New York
July 29, 2025

SO ORDERED.

*[signature: Sarah Cave]*

**SARAH L. CAVE**
**United States Magistrate Judge**

2