

**DEREK SMITH**
LAW GROUP, PLLC
*Employment Lawyers Representing Employees Exclusively*

December 17, 2025

**VIA ECF**
Hon. Sarah L. Cave, U.S.M.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Courtroom 18A
New York, NY 10007-1312

Re:

Enholm v. Balenciaga America, Inc. et al
No. 1:25-cv-01828-VSB-SLC

> Plaintiff's request at Dkt. No. 23 to adjourn the initial case management on January 8, 2026 at 2:00 p.m. ET (Dkt. No. 21 (the "Conference")) is **GRANTED**. The Conference is **ADJOURNED** to **January 27, 2026 at 2:00 p.m. ET** and will take place on the Court's conference line (not in person). The parties are directed to call (855) 244-8681; access code: 2308 226 4654, at the scheduled time.
>
> The Court's Order at Dkt. No. 21 is **AMENDED** as follows: The deadline for any participant to email a completed Electronic Device Order to Chambers (Cave_NYSDChambers@nysd.uscourts.gov) is **VACATED** given that the Conference will now proceed over the telephone. Further, the deadline for the parties to file a Report of Rule 26(f) Meeting and Proposed Case Management Plan, via ECF, signed by counsel for each party, is **EXTENDED** to **January 20, 2026**.
>
> All other directives contained the Court's Order at Dkt. No. 21 remain in effect. The Clerk of Court is respectfully directed to close Dkt. No. 23.
>
> SO ORDERED.    December 17, 2025
>
> SARAH L. CAVE
> United States Magistrate Judge

Dear Judge Cave,

Please be advised that this office represents Plaintiff in the above-captioned matter. I write in response to Your Honor's Order dated December 2, 2025, to respectfully request an adjournment of the initial scheduling conference in accordance with Your Honor's Individual Practices in Civil Cases I(E). Counsel for defendants has consented to our request.

As per Your Honor's Order, an initial conference is currently scheduled for this matter on January 8, 2026, at 2:00 p.m. I am unable to attend the conference as scheduled as I will be traveling out of the country. After conferring with opposing counsel, the parties are available 1/21, 22, 27 or 29. This is Plaintiff's first request for an adjournment of the initial conference. As the case management plan has not yet been submitted/so ordered, there are no other scheduled dates that would be impacted. We respectfully request that the initial conference be rescheduled to one of the dates provided, or to whichever day is most convenient for the Court.

Please let us know if Your Honor requires any additional information.

Thank you for the Court's attention to this matter.

Respectfully submitted,

DEREK SMITH LAW GROUP, PLLC
/s/Zack Holzberg
Zack Holzberg

Cc: Counsel for Defendants (via ECF)

New York City Office: One Penn Plaza, Suite 4905, New York, NY 10119 | (212) 587-0760 Philadelphia Office: 1835 Market Street, Suite 2905, Philadelphia, PA 19103 | (215) 391-4790 Miami Office: 100 SE 2nd Street, Suite 2000, Miami, FL 33131 | (305) 946-1884 New Jersey Office: 73 Forest Lake Drive, West Milford, NJ 07421 | (973) 388-8625 Website: www.discriminationandsexualharassmentlawyers.com