UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KYLE ENHOLM,

               Plaintiff,

    -v-

BALENCIAGA AMERICA, INC., et al.,

               Defendants.

CIVIL ACTION NO. 25 Civ. 1828 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Due to a conflict in the Court's calendar, the telephone conference previously scheduled for March 31, 2026, at 11:00 a.m. ET to discuss the status of discovery, (Dkt. No. 26), is **RESCHEDULED** to **March 26, 2026 at 4:15 p.m. ET** on the Court's conference line.  The parties are directed to call (855) 244-8681; access code: 2308 226 4654, at the scheduled time.  The deadline of March 27, 2026 for the parties to file a joint letter updating the Court on the status of discovery and identifying any discovery issues ripe for the Court's attention is **EXPEDITED** to **March 23, 2026**.

Dated:      New York, New York
             February 18, 2026

                         SO ORDERED.

                         SARAH L. CAVE
                         **United States Magistrate Judge**