UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KYLE ENHOLM,

               Plaintiff,

    -v-

BALENCIAGA AMERICA, INC., et al.,

               Defendants.

CIVIL ACTION NO. 25 Civ. 1828 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held on March 26, 2026 (the "Conference"), another telephone conference to discuss the status of discovery is scheduled for **June 1, 2026, at 12:00 p.m. ET** on the Court's conference line.  The parties are directed to call (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

Further, the deadline for the parties to finalize an ESI discovery protocol (the "ESI Protocol") is **EXTENDED** from February 27, 2026, (Dkt. No. 27 at 5), to **April 10, 2026**.  If the parties wish, they may file the ESI Protocol to be So Ordered by the Court.

Should the parties wish to order a copy of the Conference transcript, they may do so by using the annexed form.

Dated:      New York, New York
             March 26, 2026

                        SO ORDERED.

                        **SARAH L. CAVE**
                        **United States Magistrate Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

## Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, <u>NOT the Southern District Court Reporters.</u>  The transcript will be delivered to your office and you will be  invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for  the transcription services described herein. This form should not be submitted for the purpose of obtaining  a price estimate.
**NOTE:**  CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request).
Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: _____

| Case Caption | |
|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |

## INDICATE  SERVICE:
(prices listed are per page)

| Daily $7.30 | ◯ | 3 Day $6.55 | ◯ | 7 Day $5.85 | ◯ | 14 Day $5.10 | ◯ | 30 Day $4.40 | ◯ |
|---|---|---|---|---|---|---|---|---|---|

| | |
|---|---|
| Your Name | |
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

| RESET | PRINT | SAVE | EMAIL |
|---|---|---|---|