UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KYLE ENHOLM,

                Plaintiff,

    -v-

BALENCIAGA AMERICA, INC., et al.,

                Defendants.

CIVIL ACTION NO. 25 Civ. 1828 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held on June 1, 2026 (the "June 1 Conference"), the Court **ORDERS** the following:

1. By **June 2, 2026**, the parties shall order a copy of the June 1 Conference transcript by using the annexed form.

2. The deadline for the parties to file a proposed ESI discovery protocol for the Court's endorsement is **EXTENDED** from April 10, 2026, (Dkt. No. 32), to **June 12, 2026**.

3. Another telephone conference to discuss the status of discovery is scheduled for **June 22, 2026 at 1:00 p.m. ET** (the "June 22 Conference") on the Court's conference line.  The parties are directed to call (855) 244-8681; access code: 2308 226 4654.

4. The deadline of June 30, 2026 to complete fact depositions, (Dkt. No. 27 at 4), is **HELD IN ABEYANCE** pending the June 22 Conference.

Dated:      New York, New York        SO ORDERED.
           June 1, 2026

                                      SARAH L. CAVE
                               **United States Magistrate Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters.  The transcript will be delivered to your office and you will be  invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for  the transcription services described herein. This form should not be submitted for the purpose of obtaining  a price estimate.

**NOTE:**  CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request).
Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: _____

| Case Caption | |
|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |

## INDICATE  SERVICE:
(prices listed are per page)

| Daily $7.30 | 3 Day $6.55 | 7 Day $5.85 | 14 Day $5.10 | 30 Day $4.40 |
|---|---|---|---|---|
| ◯ | ◯ | ◯ | ◯ | ◯ |

| | |
|---|---|
| Your Name | |
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

| RESET | PRINT | SAVE | EMAIL |
|---|---|---|---|