UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KYLE ENHOLM,

                             Plaintiff,

        -v-                                                              CIVIL ACTION NO. 25 Civ. 1828 (VSB) (SLC)

                                                                                      **ORDER**
BALENCIAGA AMERICA, INC., et al.,

                             Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

Due to a conflict in the Court's calendar, the telephone conference to discuss the status of discovery scheduled for June 22, 2026 at 1:00 p.m. ET, (Dkt. No. 33), is **ADJOURNED** to **July 6, 2026 at 4:00 p.m. ET** on the Court's conference line.  The parties are directed to call (855) 244-8681; access code: 2308 226 4654.

By **June 24, 2026**, the parties shall file a joint letter setting forth the status of discovery and identifying any issues ripe for the Court's attention.

Dated:          New York, New York              SO ORDERED.
                June 22, 2026

                                                _____
                                                SARAH L. CAVE
                                                **United States Magistrate Judge**

1