UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KYLE ENHOLM,

Plaintiff,

-v-

BALENCIAGA AMERICA, INC., et al.,

Defendants.

CIVIL ACTION NO. 25 Civ. 1828 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held on August 6, 2026 (the "Conference"), by **August 27, 2026**, the parties shall file a joint letter setting forth: (i) the status of discovery including Defendants' review and production of ESI; (ii) any other discovery issues ripe for the Court's attention; and (iii) the status of the parties' settlement discussions and whether the parties request a settlement conference with the Court. Another telephone conference to discuss the status of discovery and the parties' settlement discussions is scheduled for **September 8, 2026 at 3:30 p.m. ET** on the Court's conference line. The parties are directed to call (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

Should the parties wish to order a copy of the Conference transcript, they may do so by using the annexed form.

Dated: New York, New York
August 6, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

## Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters. The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.

**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: ___________________

| Case Caption | | |
|---|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |
| | | |

**INDICATE SERVICE:**
(prices listed are per page)

| Daily $7.30 ○ | 3 Day $6.55 ○ | 7 Day $5.85 ○ | 14 Day $5.10 ○ | 30 Day $4.40 ○ |
|---|---|---|---|---|

| | |
|---|---|
| Your Name | |
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

RESET PRINT SAVE EMAIL